**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **KATRINA WATERS** | : | |
| | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No.06-10095BIF |

**ORDER**

**AND NOW,** this day of 2006, at Philadelphia, upon consideration of the Chapter 13 standing trustee's Motion to Dismiss with Prejudice Pursuant to 11 U.S.C. Sections 105, 349 and 1307 and any answer filed thereto, and after a hearing it is

**ORDERED,** that the instant case is dismissed with prejudice. Debtor shall not file, individually or jointly, any subsequent bankruptcy case without further leave of Court.

**HON. BRUCE I. FOX**
**BANKRUPTCY JUDGE**

cc:

**Debtor(s) Counsel**
**Pro se**

**Katrina Waters**
1634 S. 28th Street
Philadelphia, PA 19145

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. box 40119
Philadelphia, PA 19106-0119

Office of the U.S. Trustee
833 Chestnut Street- Suite 500
Philadelphia, PA 19107

Rochelle
Whale