**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **KATRINA WATERS** | : | **Bk. No. 06-10095 BIF** |
| | : | **Chapter No. 13** |
| **Debtor** | : | |
| | : | |
| **WASHINGTON MUTUAL BANK** | : | |
| **Movant** | : | |
| | : | **11 U.S.C. §362(d)(4)** |
| **v.** | : | |
| | : | |
| **KATRINA WATERS** | : | |
| | : | |
| **Respondent** | : | |
| | : | |

**ORDER GRANTING IN REM RELIEF FROM THE AUTOMATIC STAY**

AND NOW, this day of 2006at Philadelphia upon consideration of the Movant's Motion for In Rem Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d)(4) and hearing it is hereby:

**ORDERED** that the Automatic Stay of all proceedings, as provided under 362 of the Bankruptcy Code is modified with respect to premises **1634 South 28th Street, Philadelphia, Pennsylvania 19145,** as more fully set forth in the legal description attached to said mortgage, as to allow the Movant, its successors or assigns, to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises (said actions include but are not limited to forelcosure on it smortgage, recording of a Sheriff's deed, and eviction proceedings); and it is further

**ORDERED** that no future bankruptcy cases filed by Debtor(s), their successors, assigns, or any occupants, will not stay any actions taken by Movant, its successors, assigns, or any other purchaser at Sheriff's Sale from proceeding with any legal or consensual actions necessary for enforcement of its right to possession of, or title to, said premises; and it is further

**ORDERED** that the Recorder of Deeds for Philadelphia County is hereby directed to allow for the recording of this Order, and that this Order is effective for two (2) years from the date of entry, provided it is recorded as provided for by §362(d)(4); and

**ORDERED** that Rule 4001(a)(3) is not applicable and **Washington Mutual Bank** may immediately enforce and implement this Order granting in rem relief from the automatic stay.

By the Court:

BF 4/19/06

BRUCE I FOX, BANKRUPTCY JUDGE